Opinion issued February 17, 2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-01055-CV

———————————

In re Texas
Windstorm Insurance Association, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION[1]

By petition for writ of mandamus,
relator, Texas Windstorm Insurance Association, challenges the trial court’s
order denying Texas Windstorm Insurance Association’s plea to the jurisdiction.

 

          We deny the petition for writ of
mandamus.

 

                                                                   Per
Curiam

 

Panel consists of Justices Jennings, Higley, and Brown.











[1]           The underlying case is Woodhollow
Partners, Ltd. d./b/a Memorial Oaks Apartments v. Mid-Continental Insurance
Agency, Inc., No. 2008-57931,
in the 165th District Court of Harris County, Texas, the Hon. Josefina
Rendon, presiding.